IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Joe Snow, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:18-cv-3735-JPH-DLP ) |
| Sequium Asset Solutions, LLC, f/k/a, Focus Receivables Management, LLC, a Georgia limited liability company, | ) ) ) ) ) |
| Defendant. | ) |

> The Court acknowledges the Stipulation of Dismissal, dkt. 30 JPH, 9/20/2019 Distribution via ECF.

**STIPULATION OF DISMISSAL**

The parties, having reached a settlement of Plaintiff's individual claims against the Defendant, hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and dismissal of the claims of the putative class members without prejudice, each party to bear their own attorneys' fees and costs.

Dated: September 19, 2019

| One of Plaintiff's Attorneys | One of Defendant's Attorneys |
|---|---|
| /s/ David J. Philipps | /s/ Daniel L. Polsby w-permission |
| David J. Philipps | Daniel L. Polsby |
| Philipps & Philipps, Ltd. | Clausen Miller P.C. |
| 9760 S. Roberts Road | 10 South LaSalle Street |
| Suite One | Suite 1600 |
| Palos Hills, Illinois 60457 | Chicago, Illinois 60603 |

The foregoing stipulation is hereby approved and Plaintiff's individual claim is hereby dismissed with prejudice and those of the putative class members are dismissed without prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____, 2019

ENTERED:

_____
Judge, United States District Court